IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFF and JENNY LONG, individually and on behalf of John Doe, a minor ) ) | |
| ) | No. 3-09-1013 |
| v. ) | |
| ) | |
| SUMNER COUNTY BOARD OF EDUCATION; and DONNA WEIDENBENNER, individually and in her official capacity as the Special Needs Teacher of Station Camp Elementary School ) ) ) ) ) ) ) | |

O R D E R

Counsel for the parties shall convene a telephone conference call with the Court on **Thursday, May 13, 2010, at 4:30 p.m.,** to be initiated by defendants' counsel, to address the defendants' joint motion for pre-deposition conference and order (Docket Entry No. 46).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge